# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:22-cr-00092-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KAILYN LEROY FLACK, ) <br> ) <br> Defendant. ) <br> _____ ) | **VERDICT** |

**THIS MATTER** came for trial and was heard by the undersigned judge without a jury on June 25 and 26, 2024.

The Defendant Kailyn Leroy Flack waived his right to a jury trial, and the Government has consented. [Doc. 58]. The Court approves this waiver pursuant to Rule 23(a)(3) of the Federal Rules of Criminal Procedure.

After considering the facts stipulated by the parties, and the evidence presented at the bench trial, the Court finds beyond a reasonable doubt as follows:

1. The Defendant is **GUILTY** of the charge set forth in Count One of the Bill of Indictment; and

2. The Defendant is **NOT GUILTY** of the charge set forth in Count Two of the Bill of Indictment.

**IT IS, THEREFORE, ORDERED** that the Defendant is hereby remanded to the custody of the United States Marshals Service pending a sentencing hearing.

The Clerk of Court shall provide copies of this Verdict to counsel for the Government, counsel for the Defendant, and the United States Marshals Service.

**IT IS SO ORDERED.**

Signed: June 26, 2024

Martin Reidinger
Chief United States District Judge